UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
COLLEEN CLARKE,

                            Plaintiffs,

- against -

OWENS-BROCKWAY GLASS CONTAINER INC.,
i/s/h/a OWENS-BROCKWAY GLASS CONTAINER,
INC., OWENS-BROCKWAY GLASS CONTAINERS,
a Unit of OWENS-ILLINOIS, OWENS-BROCKWAY
PACKAGING, INC. and OWENS-ILLINOIS,
                            Defendants,
----------------------------------------------------------------X

**NOTICE OF APPEARANCE**
Docket No.: 7:07 cv 3695

Judge Kimba M. Wood

TO THE CLERK OF THE COURT, it is respectfully requested to enter an appearance of Teresa R. Guastaferri, Esq., teresa.guastaferri@trgllclaw.com as lead and notice counsel in this matter.

Dated: Staten Island, New York
       May 10, 2007

Respectfully submitted,

/s

TERESA R. GUASTAFERRI, LLC
By: Teresa R. Guastaferri, Esq. (TG-8210)
*Attorneys for Plaintiff*
1055 Hylan Boulevard, Suite #2
Staten Island, New York 10305
(718) 876-5050
(718) 876-5955 fax

TO:    GOLDBERG SEGALLA, LLP
         *Attorneys for Defendants*
         170 Hamilton Avenue, Suite 203
         White Plains, New York 10601
         (914) 798-5400
         (914) 798-5401 (fax)
         bstapleton@goldbergsegalla.com

# VERIFICATION

**ATTORNEY'S CERTIFICATION**

   I, the undersigned, am an attorney admitted to practice law in the Eastern, Southern and Northern District Courts of New York State and the District of New Jersey, certify that the annexed **NOTICE OF APPEARANCE** has been compared by me with the original and found to be a true and complete copy thereof. That my signature thereto constitutes a certification that I have read the foregoing; that to the best of my knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increases in the costs of the instant litigation.

**ATTORNEY'S VERIFICATION BY AFFIRMATION**

   I the undersigned, say that: I am one of the attorneys of record, or of counsel with the attorney(s) of record, for the plaintiff. I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based on the following: RECORDS AND DOCUMENTS CONTAINED IN THE FILES OF MY OFFICE; INDEPENDENT INVESTIGATION INTO THE FACTS ALLEGED HEREIN; DISCUSSIONS WITH THE PLAINTIFF AND THE DEFENDANT'S REPRESENTATIVES. I affirm the foregoing statements are true under the penalties of perjury.

Dated:  Staten Island, ew York                            /S_____
             May 10, 2007                                             TERESA R. GUASTAFERRI

## CERTIFICATE OF SERVICE

   The undersigned certifies that on June 27, 2006, I served by electronic means **NOTICE OF APPEARANCE** upon

   **GOLDBERG SEGALLA, LLP**
   *Attorneys for Defendants*
   170 Hamilton Avenue, Suite 203
   White Plains, New York 10601
   (914) 798-5400
   (914) 798-5401 (fax)
   bstapleton@goldbergsegalla.com

   I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 10, 2007                          /S_____
                                                            TERESA R. GUASTAFERRI (TG-8210)

*Docket No.: 7:07 cv 3695*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEEN CLARKE,

        Plaintiff,

 - against -

OWENS-BROCKWAY GLASS CONTAINER INC., et al.

        Defendants.

## JURY DEMAND

### TERESA R. GUASTAFERRI, LLC

*Attorney for Plaintiff(s)*
*Office and Post Office Address, Telephone*
1055 Hylan Boulevard, Suite #2
Staten Island, New York 10305
Tel: (718) 876-5050
Fax: (718) 876-5955
teresa.guastaferri@trgllclaw.com

To:

Attorney(s) for

*PLEASE TAKE NOTICE:*

  *NOTICE OF ENTRY* that the within is a (certified) copy of a
duly entered in the office of the clerk of the within named court on     19

  *NOTICE OF SETTLEMENT* that an order     of which the within is a true copy will be
presented for settlement to the HON.    , one of the judges of the within named Court, at    on
   19   at   M.

        Yours, etc.

     **TERESA R. GUASTAFERRI, LLC**