UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLLEEN CLARKE,

          Plaintiff,

-against-

OWENS-BROCKWAY GLASS CONTAINER INC., i/s/h/a,
OWENS-BROCKWAY GLASS CONTAINER, INC.,
OWENS-BROCKWAY GLASS CONTAINERS, a unit of
OWENS-ILLINOIS, OWENS-BROCKWAY PACKAGING,
INC. and OWENS-ILLINOIS,

          Defendants.

Docket No. 07 CIV 3695

**RULE 7.1 DISCLOSURE**

---

    Defendants, OWENS-BROCKWAY GLASS CONTAINER INC., i/s/h/a, OWENS-BROCKWAY GLASS CONTAINER, INC., OWENS-BROCKWAY GLASS CONTAINERS, a unit of OWENS-ILLINOIS, OWENS-BROCKWAY PACKAGING, INC. and OWENS-ILLINOIS by their attorneys, Goldberg Segalla LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies the following:

    Owens-Brockway Glass Container Inc. is an independent, wholly-owned subsidiary of Owens-Brockway Packaging. Owens-Brockway Packaging is a wholly-owned subsidiary of Owens-Illinois. Owens-Illinois is a company that is publicly traded on the New York Stock Exchange.

Dated:   White Plains, New York
           May 11, 2007

                                 Yours, etc.,

                                 _____
                                 Brian T. Stapelton, Esq. (BS- 5640)
                                 GOLDBERG SEGALLA LLP
                                 **Attorneys for Defendants**
                                 170 Hamilton Avenue, Suite 203
                                 White Plains, New York 10601
                                 Phone: (914) 798-5400
                                 Fax:   (914) 798-5401
                                 GS File No.:  12097.0004

2

TO: TERESA R. GUASTAFERRI, ESQ.
GILBERTO & GUASTAFERRI, PLLC
Attorneys for Plaintiff
1055 Hyland Boulevard, Suite #2
Staten Island, NY 10305
(718) 876-5050
File No.: 05GGN03

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, I electronically filed the foregoing Rule 7.1 Disclosure with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

TERESA R. GUASTAFERRI, ESQ.<br>
GILBERTO & GUASTAFERRI, PLLC<br>
Attorneys for Plaintiff<br>
1055 Hyland Boulevard, Suite #2<br>
Staten Island, NY 10305<br>
(718) 876-5050<br>
File No.: 05GGN03

Dated:   White Plains, New York
         May 11, 2007

Yours, etc.,

_____
Brian T. Stapelton, Esq. (BS-5640)
GOLDBERG SEGALLA LLP
**Attorneys for Defendants**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
GS File No.: 12097.0004

76809.1