UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLLEEN CLARKE,

        Plaintiff,                            Docket No. 07 CIV 3695

-against-                            **AMENDED RULE 7.1**
                                              **DISCLOSURE**

OWENS-BROCKWAY GLASS CONTAINER INC., i/s/h/a,
OWENS-BROCKWAY GLASS CONTAINER, INC.,
OWENS-BROCKWAY GLASS CONTAINERS, a unit of
OWENS-ILLINOIS, OWENS-BROCKWAY PACKAGING,
INC. and OWENS-ILLINOIS,

        Defendants.

---

        Defendants, OWENS-BROCKWAY GLASS CONTAINER INC., i/s/h/a, OWENS-BROCKWAY GLASS CONTAINER, INC., OWENS-BROCKWAY GLASS CONTAINERS, a unit of OWENS-ILLINOIS, OWENS-BROCKWAY PACKAGING, INC. and OWENS-ILLINOIS by their attorneys, Goldberg Segalla LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies the following:

        The common stock of defendant Owens-Illinois, Inc. is traded on the New York Stock Exchange. Owens-Illinois, Inc. does not have any parent corporations. As of February 15, 2007, AXA Financial Inc. owned 15.0%, Massachusetts Financial Service Company owned 12.3% and Janus Capital Management LLC owned 11.8% of the outstanding shares of Owens-Illinois, Inc.'s common stock. No publicly held corporation owned 10% or more of the outstanding shares of Owens-Illinois, Inc.'s common stock

Dated:    White Plains, New York
             May 17, 2007

                                        Yours, etc.,

                                        Brian T. Stapelton, Esq. (BS-5640)
                                        GOLDBERG SEGALLA LLP
                                        **Attorneys for Defendants**
                                        170 Hamilton Avenue, Suite 203
                                        White Plains, New York 10601
                                        Phone: (914) 798-5400
                                        Fax:    (914) 798-5401
                                        GS File No.: 12097.0004

2

TO:    TERESA R. GUASTAFERRI, ESQ.
       GILBERTO & GUASTAFERRI, PLLC
       Attorneys for Plaintiff
       1055 Hyland Boulevard, Suite #2
       Staten Island, NY 10305
       (718) 876-5050
       File No.: 05GGN03

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2007, I electronically filed the foregoing Amended Rule 7.1 Disclosure with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

TERESA R. GUASTAFERRI, ESQ.
GILBERTO & GUASTAFERRI, PLLC
Attorneys for Plaintiff
1055 Hyland Boulevard, Suite #2
Staten Island, NY 10305
(718) 876-5050
File No.: 05GGN03

Dated:   White Plains, New York
         May 17, 2007

Yours, etc.,

_____
Brian T. Stapelton, Esq. (BS-5640)
GOLDBERG SEGALLA LLP
**Attorneys for Defendants**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
GS File No.: 12097.0004

77306.1