UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLLEEN CLARKE,                                    **CONSENT TO**
                                                   **CHANGE ATTORNEY**
                    Plaintiff,

- against -                                        Docket No.: 7:07 CV 3695

OWENS-BROCKWAY GLASS CONTAINER INC.,
i/s/h/a OWENS-BROCKWAY GLASS CONTAINER,
INC., OWENS-BROCKWAY GLASS CONTAINERS,
a Unit of OWENS-ILLINOIS, OWENS-BROCKWAY
PACKAGING, INC. and OWENS-ILLINOIS,

                    Defendants.
------------------------------------------------------------------X

*IT IS HEREBY CONSENTED* that **TERESA R. GUASTAFERRI, LLC,** of 1055 Hylan Boulevard, Suite #2, Staten Island, New York 10305, be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: Narrowsburg, New York
       May 17, 2007

_____
COLLEEN CLARKE

_____
GILBERTO, GUASTAFERRI & NUCCIO, LLP
By: Teresa R. Guastaferri, Esq.
(Outgoing Attorney)

_____
TERESA R. GUASTAFERRI, LLC
(Incoming Attorney)

STATE OF NEW YORK: COUNTY OF _____ ) ss:

On the 17 day of May, 2007, before me, the undersigned, personally appeared, COLLEEN CLARKE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same and in his/her capacity and that by his/her signature on the instrument, the individual or person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

TERESA R. GUASTAFERRI
Notary Public, State of New York
No. 02GU5040634
Qualified in _____ County
Commission Expires 3/20/11

## FEDERAL RULE 11 CERTIFICATION

**ATTORNEY'S CERTIFICATION**

I, the undersigned, am an attorney admitted to practice law in the Eastern and Southern District Courts of New York State, certify that the annexed **CONSENT TO CHANGE ATTORNEY** has been compared by me with the original and found to be a true and complete copy thereof. That my signature thereto constitutes a certification that I have read the petition; that to the best of my knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increases in the costs of the instant litigation.

**ATTORNEY'S VERIFICATION BY AFFIRMATION**

I the undersigned, say that: I am one of the attorneys of record, or of counsel with the attorney(s) of record, for the plaintiff. I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based on the following: RECORDS AND DOCUMENTS CONTAINED IN THE FILES OF MY OFFICE; INDEPENDENT INVESTIGATION INTO THE FACTS ALLEGED HEREIN; DISCUSSIONS WITH THE PLAINTIFF AND THE DEFENDANT'S REPRESENTATIVES. I affirm the foregoing statements are true under the penalties of perjury.

Dated: Staten Island, New York
      May 21, 2007

TERESA R. GUASTAFERRI

STATE OF NEW YORK      )
COUNTY OF RICHMOND  ) ss.:

I, MARIA G. MUSUMECI, being duly sworn says: I am not a party to this action, am over 18 years of age and reside at BROOKLYN, NEW YORK.

On May 21, 2007, I served the within annexed **CONSENT TO CHANGE ATTORNEY** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State addressed to each of the following persons at the last known address set forth after each name:

TO:   **GOLDBERG SEGALLA, LLP**
       *Attorneys for Defendants*
       170 Hamilton Avenue, Suite 203
       White Plains, New York 10601
       (914) 798-5400
       (914) 798-5401 (fax)
       bstapleton@goldbergsegalla.com

MARIA G. MUSUMECI

Sworn to before me this
21st day of May, 2007.

Teresa R. Guastaferri, Notary Public
State of New York, Qualified in Kings County
Reg. No. 02GU5040634, Comm. Expires March 20, 2011

*Docket No.:* 7:07 cv 3695

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEEN CLARKE,

                        Plaintiff,

  - against -

OWENS-BROCKWAY GLASS CONTAINER INC.,
i/s/h/a OWENS-BROCKWAY GLASS CONTAINER,
INC., OWENS-BROCKWAY GLASS CONTAINERS,
a Unit of OWENS-ILLINOIS, OWENS-BROCKWAY
PACKAGING, INC. and OWENS-ILLINOIS,

                        Defendants.

## CONSENT TO CHANGE ATTORNEY

### TERESA R. GUASTAFERRI, LLC
*Attorney for Plaintiff(s)*
*Office and Post Office Address, Telephone*
1055 Hylan Boulevard, Suite 2
Staten Island, New York 10305
(718) 876-5050

To:

Attorney(s) for

**PLEASE TAKE NOTICE:**

    ***NOTICE OF ENTRY*** that the within is a (certified) copy of a duly entered in the office of the clerk of the within named court on        19

    ***NOTICE OF SETTLEMENT*** that an order       of which the within is a true copy will be presented for settlement to the HON.      , one of the judges of the within named Court, at       on 19    at    M.

                        Yours, etc.

                       TERESA R. GUASTAFERRI, LLC

                     *By: Teresa R. Guastaferri, Esq.* (TG-8210)
                     *(Attorney Certification Signature)*