UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

COLLEEN CLARKE,

                Plaintiff,

    -against-                                07 Civ. 3695 (KMK)(GAY)

OWENS-BROCKWAY GLASS CONTAINER INC.,
et al.,

                Defendants.

-----------------------------------------------------------------x

### ORDER

    Counsel for the plaintiff. Teresa Guastaferri, advised the Court during a telephone conference on May 22, 2008 that she would be filing a motion to be relieved as counsel. The Court gave a deadline of May 30, 2008 for said motion to be filed in accordance with Local Rule 1.4. No motion to withdraw has been filed as of this date. Accordingly, counsel for both plaintiff and the defendant are to provide a letter report to the Court on the status of the case within ten (10) days of this Order.

                              SO ORDERED:

Dated: August 22, 2008
White Plains, New York

                              GEORGE A. YANTHIS, U.S.M.J.