| | | |
|---|---|---|
| Teresa R. Guastaferri† | **Teresa R. Guastaferri, LLC** | † Member NY & NJ Bar |
| ——— | Attorney at Law | °Of Counsel |
| Gregory V. Bitterman†° | P.O. Box 61129 | |
| Brian S. Jones ° | Staten Island, New York 10306 | |
| | Tel: (718) 852-6000 | |
| | Fax: (800) 644-9310 | |

Service Not Accepted by Fax or E-Mail

September 8, 2008

U.S. Magistrate George A. Yanthis
United States District Court
Southern District of New York
**Via ECF**

                                   **Re:**      **Clarke v. Owens-Brockway**
                                             **Docket No.: 07CIV. 3695 (KMK)(GAY)**

Dear Honorable Sir:

        This office represents the plaintiff, Ms. Colleen Clarke, in the above-noted action. Please accept this letter in response to your Order dated August 22, 2008. I was unable to respond sooner as I was not in the office during the last week of August and first week of September, 2008.

        Please be advised that this matter has not settled and is still active. I was unable to make the motion to be relieved as counsel due to personal circumstances. I will be making the motion within the next two weeks.

        The Justice in the State Supreme Court action has also requested that I move to be relieved within the next two weeks. I apologize for any inconvenience this may have caused the court.

        I thank you for your understanding and remain,

                                                  Respectfully,

                                                  TERESA R. GUASTAFERRI (TG-8210)

TRG/
cc:     Brian T. Stapleton, Esq.
          *Attorney for Defendant*